**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**CURTIS TURNER, individually and as Superintendent of the Mineral Springs School District; MINERAL SPRINGS SCHOOL DISTRICT BOARD OF EDUCATION, a public body corporate; WILLIAM DIXON, MIKE ERWIN, JAMIE JACKSON, ZEMERA NEWTON, RAY HAWKINS, SHEILA JACKSON, and DOROTHY VAUGHN, all individually and in their official capacities as members of the Mineral Springs School District Board of Education; and MINERAL SPRINGS SCHOOL DISTRICT** **PLAINTIFFS**

**v.** **No. 2:16-cv-29-DPM**

**JOHNNY KEY, individually and as Commissioner of the Arkansas Department of Education; ARKANSAS DEPARTMENT OF EDUCATION, a state agency; BOARD OF EDUCATION OF THE ARKANSAS DEPARTMENT OF EDUCATION; JAY BARTH, JOE BLACK, CHARISSE DEAN, MIREYA REITH, R. BRETT WILLIAMSON, DIANE ZOOK, SUSAN CHAMBERS, OUIDA NEWTON, and O. FITZGERALD HILL, all individually and in their official capacities; and HEMPSTEAD COUNTY, Arkansas** **DEFENDANTS**

## JUDGMENT

The third amended complaint, *№ 23*, is dismissed in accordance with *№ 34*.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

28 September 2017