IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CURTIS TURNER, individually and as
Superintendent of the Mineral Springs
School District; MINERAL SPRINGS SCHOOL
DISTRICT BOARD OF EDUCATION, a public
body corporate; WILLIAM DIXON, MIKE
ERWIN, JAMIE JACKSON, ZEMERA NEWTON,
RAY HAWKINS, SHEILA JACKSON, and
DOROTHY VAUGHN, all individually and
in their official capacities as members of the
Mineral Springs School District Board of
Education; and MINERAL SPRINGS
SCHOOL DISTRICT                                              PLAINTIFFS

v.                      No. 2:16-cv-29-DPM

JOHNNY KEY, individually and as
Commissioner of the Arkansas Department
of Education; ARKANSAS DEPARTMENT
OF EDUCATION, a state agency; BOARD OF
EDUCATION OF THE ARKANSAS
DEPARTMENT OF EDUCATION; JAY BARTH,
JOE BLACK, CHARISSE DEAN, MIREYA
REITH, R. BRETT WILLIAMSON, DIANE
ZOOK, SUSAN CHAMBERS, OUIDA
NEWTON, and O. FITZGERALD HILL, all
individually and in their official capacities;
and HEMPSTEAD COUNTY, Arkansas                                DEFENDANTS

## ORDER

The Judgment, № 35, is vacated as premature. For the reasons stated on the record, Mineral Springs's motion for a Rule 54(b) certificate, № 40, is denied without prejudice and its motion for a scheduling order, № 42, is granted. The Court will set a trial date and enter a special scheduling order. The parties must engage in expedited discovery; they must complete it by 31 May 2018. Dispositive motions will be due by 29 June 2018. And the Court will then assess whether other deadlines are necessary. A Final Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

23 January 2018