IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CURTIS TURNER, individually and as
Superintendent of the Mineral Springs
School District; MINERAL SPRINGS SCHOOL
DISTRICT BOARD OF EDUCATION, a public
body corporate; WILLIAM DIXON, MIKE
ERWIN, JAMIE JACKSON, ZEMERA NEWTON,
RAY HAWKINS, SHEILA JACKSON, and
DOROTHY VAUGHN, all individually and
in their official capacities as members of the
Mineral Springs School District Board of
Education; and MINERAL SPRINGS
SCHOOL DISTRICT                                                            PLAINTIFFS

v.                          No. 2:16-cv-29-DPM

JOHNNY KEY, individually and as
Commissioner of the Arkansas Department
of Education; ARKANSAS DEPARTMENT
OF EDUCATION, a state agency; BOARD OF
EDUCATION OF THE ARKANSAS
DEPARTMENT OF EDUCATION; JAY BARTH,
JOE BLACK, CHARISSE DEAN, MIREYA
REITH, R. BRETT WILLIAMSON, DIANE
ZOOK, SUSAN CHAMBERS, OUIDA
NEWTON, and O. FITZGERALD HILL, all
individually and in their official capacities;
and HEMPSTEAD COUNTY, Arkansas                                 DEFENDANTS

## ORDER

The Court forgot to cover an issue in its post-hearing Order, № 53, and adds this further point. Plaintiffs have clarified and confirmed — in their papers, plus at the 22 January 2018 hearing — that they do not make any claim against the State Defendants about the alleged misallocation of tax revenue. Instead, counts three, four, five, and six in the amended complaint, № 23, run solely against Hempstead County, Arkansas.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 January 2018