IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

THELMA FORTE,* individually and as
Superintendent of the Mineral Springs
School District; MINERAL SPRINGS SCHOOL
DISTRICT BOARD OF EDUCATION, a public
body corporate; WILLIAM DIXON, MIKE
ERWIN, JAMIE JACKSON, ZEMERA NEWTON,
RAY HAWKINS, SHEILA JACKSON, and
DOROTHY VAUGHN, all individually and
in their official capacities as members of the
Mineral Springs School District Board of
Education; and MINERAL SPRINGS
SCHOOL DISTRICT                                                                            PLAINTIFFS

v.                                No. 2:16-cv-29-DPM

JOHNNY KEY, individually and as
Commissioner of the Arkansas Department
of Education; ARKANSAS DEPARTMENT
OF EDUCATION, a state agency; BOARD OF
EDUCATION OF THE ARKANSAS
DEPARTMENT OF EDUCATION; JAY BARTH,
JOE BLACK, CHARISSE DEAN, MIREYA
REITH, R. BRETT WILLIAMSON, DIANE
ZOOK, SUSAN CHAMBERS, OUIDA
NEWTON, and O. FITZGERALD HILL, all
individually and in their official capacities;
and HEMPSTEAD COUNTY, Arkansas                                              DEFENDANTS

---

\* Thelma Forte is the new superintendent of Mineral Springs School District. She's substituted for Curtis Turner. And the Court directs the Clerk to update the docket.

## ORDER

The Court held a telephone conference on 28 June 2018. For the reasons stated on the record, the two pending motions, № 61 & 62, are granted. Mr. Shukur is relieved as counsel for the Plaintiffs. The discovery and dispositive motions deadlines are extended to July 19th and August 16th respectively. The trial will be reset for some time after March 2019 because of Mr. Walker's General Assembly obligations. And an Amended Final Scheduling Order will issue with new deadlines.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 June 2018